## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA MIRO, ) | CIVIL ACTION NO: |
|     Plaintiff, ) | 3:20-cv-00346(VAB) |
| v. ) | |
| CITY OF BRIDGEPORT, ) | July 7, 2023 |
|     Defendant. ) | |

## DEFENDANT'S PROPOSED JURY VERDICT FORM

**HOSTILE ENVIRONMENT BASED ON GENDER**

1. Did Ms. Miro prove by a preponderance of the evidence that she was subjected to conduct by the City of Bridgeport or any of its agents or representatives between June 13, 2016, and September 21, 2017, that was objectively severe or pervasive – an environment that a reasonable person would find hostile or abusive?

    YES_____          NO_____

    If you answer YES, continue to question No. 2. If you answer NO, you must return a verdict in favor of the Defendant City of Bridgeport, on Ms. Miro's Counts One and Two.

2. Did Ms. Miro prove by a preponderance of the evidence that she was subjected to conduct by the City of Bridgeport or any of its agents or representatives between June 13, 2016, and September 21, 2017, that she subjectively perceived as hostile or abusive?

    YES_____          NO_____

    If you answer YES, continue to question No. 3. If you answer NO, you must return a verdict in favor of the Defendant City of Bridgeport on Ms. Miro's Counts One and Two.

    3.. Did Ms. Miro prove by a preponderance of the evidence that the hostile environment she was subjected to was because of her sex?

YES_____                    NO_____

If you answer NO, you must find for the Defendant City of Bridgeport on Ms. Miro's Counts One and Two. If you answer YES, continue to question No. 5 to determine damages.

**QUID PRO QUO SEXUAL HARASSMENT**

4. Did Ms. Miro prove by a preponderance of the evidence that the City of Bridgeport or any of its employees or agents subjected her to unwelcomed sexual conduct or an unwelcome sexual advance that was to be accepted by her in return for more favorable treatment in her employment?

YES_____                    NO_____

If you answer YES, continue to question No. 5. If you answer NO, you must return a verdict for the Defendant City of Bridgeport on Ms. Miro's Count Three.

**5.    DAMAGES**

A. Has Ms. Miro proven by a preponderance of the evidence that she has suffered economic damages in the form of wage losses due to the City's actions as alleged in her Complaint?

If your answer is YES, please insert the dollar amount of the loss that she has proven

_$_____

B. Has Ms. Miro proven by a preponderance of the evidence that she suffered emotional damages in the form of mental and/or emotional distress due to the City's actions as alleged in her Complaint?

If your answer is YES, please insert the dollar amount of the loss she has proven.

$ _____.

C. Has Ms. Miro proven by a preponderance of the evidence that she is entitled to an award of punitive damages, and in your discretion, do you choose to award her punitive damages?

If your answer is YES, please insert the dollar amount of the loss that she has proven

_$_____

Done in Stratford, CT, this 7th day of July 2023.

                                  THE DEFENDANT

By:   */s/Reese Mitchell*_____
       Reese Mitchell (ct30226)
       Mitchell & Sheahan, P.C.
       999 Oronoque Lane, Suite 203
       Stratford, CT 06614
       Tel.: (203) 873-0240
       Fax: (203) 873-0235
       reesemitchell@mitchellandsheahan.com

Counsel for the Defendant

**CERTIFICATION**

I hereby certify that on July 7, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/Reese Mitchell*
Reese Mitchell (ct30226)