## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA MIRO, ) | CIVIL ACTION NO: |
|     Plaintiff, ) | 3:20-cv-00346(VAB) |
| ) | |
| v. ) | |
| ) | |
| CITY OF BRIDGEPORT, ) | July 7, 2023 |
| ) | |
|     Defendant. ) | |

## DEFENDANT'S VOIR DIRE QUESTIONS

1. Have you, any member of your immediate family, or any close friend ever been employed by, served as an official or on a board of, or had a business relationship with the City of Bridgeport? If so, please explain the circumstances and whether, as a result of that experience, you have any feelings that would make it difficult to fairly and objectively render a verdict for or against the City of Bridgeport.

2. Have you had any experience with or in the City of Bridgeport that could affect your ability to decide this case in a fair and unbiased way? If so, please describe the circumstances.

3. Have you ever read or heard anything about the City of Bridgeport that would in any way interfere with your ability to be objective and impartial concerning the evidence in this case?

4. Have you, any immediate family members, or close friends ever worked for or participated in the City's Lighthouse Youth Program? If so, do you feel your experience will help your ability to follow the case?

5. Have you, any member of your family, or close friend ever made a complaint or filed a lawsuit involving a claim of employment discrimination? If so, please briefly explain the circumstances.

6.      Do you feel or believe that you, any member of your immediate family, or any close friend has ever been discriminated against at work on the basis of gender, sexual orientation, race, color, ethnicity, or national origin? If so, please describe the circumstances.

7.      Have you, any family member, or close friend ever been disciplined at work? If so, please describe the circumstances, the outcome, and whether the experience could affect your ability to be fair and unbiased in this case.

8.      Have you, any family member or close friend ever been sexually harassed at work? If so, please describe the circumstances, the outcome, and whether the experience could affect your ability to be fair and unbiased in this case.

9.      Have you ever read or heard anything about Mayor Joseph Ganim that would in any way interfere with your ability to be objective and impartial concerning the evidence in this case?

20.     Have you ever read or heard anything about John Ricci that would in any way interfere with your ability to be objective and impartial concerning the evidence in this case?

21.     As you sit here today, can you think of any reason you could not be fair to both parties in this lawsuit?

Done in Stratford, CT, this 7th day of July 2023.

THE DEFENDANT

By:     */s/Reese Mitchell*
        Reese Mitchell (ct30226)
        Mitchell & Sheahan, P.C.
        999 Oronoque Lane, Suite 203
        Stratford, CT 06614
        Tel.: (203) 873-0240
        Fax: (203) 873-0235
        reesemitchell@mitchellandsheahan.com

        Counsel for the Defendant

**CERTIFICATION**

I hereby certify that on July 7, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/Reese Mitchell*
Reese Mitchell (ct30226)