UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA MIRO,

   *Plaintiff,*

V.                                     3:20-cv-00346-VAB

CITY OF BRIDGEPORT,

   *Defendant.*

## **JUDGMENT**

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On August 11, 2023, after deliberation, the jury returned a verdict (Doc. No. 226). The jury found that LISA MIRO proved by a preponderance of the evidence that the CITY OF BRIDGEPORT created or maintained a gender-based hostile work environment in violation of Title VII and awarded LISA MIRO compensatory damages in the amount of $140,000. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiff, LISA MIRO, against the defendant, CITY OF BRIDGEPORT, in the amount of $140,000 in accordance with the jury's verdict. The case is closed.

Dated at Bridgeport, Connecticut, this 11th day of August 2023.

                                                            DINAH MILTON KINNEY, Clerk

                                                            By:  /s/ Julia Reis
                                                            Deputy Clerk

EOD: 8/11/2023