## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA MIRO** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:20-CV-00346-VAB** |
| | : | |
| **V.** | : | |
| | : | |
| **CITY OF BRIDGEPORT** | : | **OCTOBER 6, 2023** |
| | : | |
| **Defendant** | : | |

### PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES

The Plaintiff Lisa Miro by her counsel hereby supplements this request for additional attorney's fees for the preparation of her petition for an award of attorney's fees and for preparation for her reply to the Defendant's opposition to her request for attorney's fees.

An award of attorney's fees for the preparation of a dee petition and reply brief are recoverable. Student Public Interest Research Group of New Jersey v. AT&T Bell Lab, 842 F.2d 1436, 1455 (3d. Cir. 1988). The Plaintiff hereby submits an additional request for attorney's fees for preparation of its petition for attorney's fees and for preparation of a reply memorandum responding to the defendant's opposition to her request for attorney's fees. A supplemental time log for attorney's fees together with a supplemental affidavit verifying the time log is attached hereto.

For the foregoing reasons the Plaintiff requests an award for the additional attorney's fees submitted in this request.

THE PLAINTIFF


BY_____/s/_____
JOHN T. BOCHANIS ct 00138
Daly, Weihing & Bochanis, LLC
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500

## <u>CERTIFICATION</u>

This is to certify that on October 6, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
JOHN T. BOCHANIS

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LISA MIRO**                            :    **CIVIL ACTION NO.**
   **Plaintiff**                      :    **3:20-CV-00346-VAB**
                                  :

**v.**                                  :
                                  :

**CITY OF BRIDGEPORT**          :
   **Defendant**                :    **OCTOBER 6, 2023**

### SUPPLEMENTAL ATTORNEY'S TIME LOG / FEES

| Date | Description | Time (Min.) |
|------|-------------|-------------|
| 08/24/23 | Preparation, including research for filing memorandum in Support of Plaintiff's Motion for an Award of Attorney's Fees | 120 |
| 08/25/23 | Preparation, including research for filing memorandum in Support of Plaintiff's Motion for an Award of Attorney's Fees | 150 |
| 10/05/23 | Preparation and research for filing Reply to Defendant's Opposition to Attorney's Fees | 90 |
| 10/06/23 | Preparation and research for filing Reply to Defendant's Opposition to Attorney's Fees | 120 |

| | |
|---|---|
| Total Minutes: | 480 |
| Hours | 8.00 |
| Attorney's Fees (at $400.00/hour) | $3,200.00 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LISA MIRO** | : | **CIVIL ACTION NO.** |
|    **Plaintiff** | : | **3:20-CV-00346-VAB** |
| | : | |
|    **V.** | : | |
| | : | |
| **CITY OF BRIDGEPORT** | : | |
|    **Defendant** | : | **OCTOBER 6, 2023** |

**AFFIDAVIT OF JOHN T. BOCHANIS IN SUPPORT OF**
**SUPPLEMENTAL MOTION FOR ATTORNEY FEES**

I, John T. Bochanis, hereby depose and state as follows:

1) I am over the age of eighteen (18) years and believe in the obligation of an oath;

2) I am familiar with the facts contained herein;

3) I am associated with the law offices of Daly, Weihing & Bochanis, LLC, counsel for the Plaintiff, Lisa Miro, in the above captioned matter.

4) Undersigned counsel verifies the attached supplemental request for attorney's fees for preparation for petition for attorney's fees and reply to Defendant's opposition to attorney's fees.

1

JOHN T. BOCHANIS

Subscribed and sworn to before me on the ___6th___ day of _OCTOBER 2023_

Leonard C Dzienis
NOTARY PUBLIC
State of Connecticut
My Commission Expires 1/31/2026

Leonard Dzienis
Notary Public
My Commission Expires _1-31-26_