UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA MIRO,

    Plaintiff,

v.

CITY OF BRIDGEPORT,

    Defendant.

Civil No.: 3:20-cv-00346-VAB

## SUPPLEMENTAL TAXATION OF COSTS

On May 3, 2024, the plaintiff's supplemental request for costs, doc. no. 249, was GRANTED in part and DENIED in part, approving costs in the amount of $1,535.88 to Lisa Miro. *See* Doc. No. 251. Plaintiff then timely filed a second supplemental bill of costs, doc. no. 252, reapplying for costs previously denied by the Clerk for lack of supporting documentation. *See* Doc. No. 251.

Having received no objection from the defendant, Plaintiff's second supplemental request for costs, doc. no. 252, is GRANTED in part and DENIED in part. Additional costs are awarded to Lisa Miro in the amount of **$1,068.01**, for a total taxation of costs in the amount of **$2,603.89**[1]. The additional taxations of costs are approved as follows:

| ITEM CLAIMED | AMOUNT REQUESTED | AMOUNT ALLOWED |
|---|---|---|
| **Fees of the Court Reporter:** | | |
| Deposition Transcripts | | |
|     Lisa Miro[2] - 9/10/21 | $879.78 | $815.97 |
|     Lisa Miro[3] - 10/6/21 | $315.85 | $252.04 |
| **TOTAL COSTS REQUESTED:** | $1,195.63 | |
| **TOTAL COSTS AWARDED:** | | **$1,068.01** |

---

[1] $1,535.88 previously approved by the Clerk (*see* doc. no. 251) + $1,068.01 approved by this order.
[2] The maximum allowable cost for Miro's 9/10/2021 deposition transcript is $815.97 (279 pages x court reporter's rate of $2.75 per page + sales tax at 6.35%). Costs for dropbox archive and etran fees are not referenced in the rule and, thus, are not recoverable. D. Conn. L. Civ. R. 54(c)(2)(ii).
[3] The maximum allowable cost for Miro's 10/6/2021 deposition transcript is $252.04 (79 pages x court reporter's rate of $3 per page + sales tax at 6.35%). Costs for dropbox archive and etran fees are not referenced in the rule and, thus, are not recoverable. D. Conn. L. Civ. R. 54(c)(2)(ii).

Pursuant to D. Conn. L. Civ. R. 54(d), any party may apply to the Presiding Judge for review of this ruling on or before **June 17, 2024**. Such application shall specify which portions of the Clerk's ruling are the subject of the objection and shall specify the reasons therefor. Any other party may respond to such objection on or before **July 1, 2024**.

Dated at Bridgeport, Connecticut this 3rd day of June 2024.

DINAH MILTON KINNEY, Clerk  
By:  /s/ Julia Reis  
Deputy Clerk
